| | |
|---|---|
| Stephen B. Morris (SBN 126192) <br> Mark C. Hinkley (SBN 138759) <br> MORRIS & ASSOCIATES <br> 444 West C Street, Suite 300 <br> San Diego, California 92101 <br> Telephone: 619.239-1900 <br><br> Geraldine A. Valdez (Bar No. 174305) <br> Kendra J. Hall (Bar No. 166836) <br> Farzeen Essa (Bar No. <br> PROCOPIO, CORY, HARGREAVES & SAVITCH LLP <br> 530 B Street, Suite 2100 <br> San Diego, California 92101 <br> Telephone: 619.238.1900 <br><br> Attorneys for Appellants Alejandro Diaz-Barba and Martha Margarita Barba de la Torre | D. Anthony Gaston (Bar No. 67074) <br> Attorney at Law <br> Corporate Center <br> 550 West C Street, Suite 700 <br> San Diego, California 92101 <br> Telephone: 619.234-3100 <br><br> Attorney for Defendant Martha Margarita Barba de la Torre |

**FILED** AUG 26 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY 11:20 A.M.

**RECEIVED** Harold S. Marenus, Clerk U.S. BKCY. APP. PANEL OF THE NINTH CIRCUIT AUG 7 2008 FILED DOCKETED DATE INITIAL

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT   '08 CV 1572 W AJB

| | |
|---|---|
| In re: <br><br> JERRY LEE ICENHOWER dba Seaview Properties, and DONNA LEE ICENHOWER, <br><br> Debtors <br><br> ALEJANDRO DIAZ-BARBA; <br> MARTHA MARGARITA BARBA DE LA TORRE <br><br> Appellant, <br><br> v. <br><br> KISMET ACQUISITION, LLC <br><br> Appellee. | BAP No. SC-08-1198 <br><br> Bankruptcy Court (S.D. Cal.) <br><br> Case No. 03-11155-LA7 <br><br> Adv. Proc. No.: 06-90369 <br> Adv. Proc. No.: 04-90392 <br><br> **PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Procopio, Cory Hargreaves & Savitch LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On August 6, 2008 in this action I served the following document(s) described as:

1. **EMERGENCY MOTION OF DEFENDANTS MARTHA MARGARITA BARBA DE LA TORRE AND ALEJANDRO DIAZ-BARBA FOR STAY OF JUDGMENT PENDING APPEAL;**

Bk. No. 03-11155-LA7
Adv. Proc. No. 06-90369; 04-90392

115634/000000/950583.01

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF <u>EMERGENCY</u> MOTION OF DEFENDANTS MARTHA MARGARITA BARBA DE LA TORRE AND ALEJANDRO DIAZ-BARBA FOR STAY OF JUDGMENT PENDING APPEAL; and**

3. **APPENDIX IN SUPPORT OF <u>EMERGENCY</u> MOTION OF DEFENDANTS MARTHA MARGARITA BARBA DE LA TORRE AND ALEJANDRO DIAZ-BARBA FOR STAY OF JUDGMENT PENDING APPEAL**

_____ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

_____ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. (SEE ATTACHED MAILING LIST.)

__XX__ by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

_____ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

_____ by electronic mail to the following:

_____ (State) I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

__XX__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 6, 2008, at San Diego, California.

/s/ Susan P. Strong

Bk. No. 03-11155-LA7
Adv. Proc. No. 06-90369; 04-90392

115634/000000/950583.01

## SERVICE LIST

| | |
|---|---|
| Ali M.M. Mojdehi, Esq.<br>Baker & McKenzie LLP<br>12544 High Bluff Drive, Third Floor<br>San Diego, CA 92130 | David Ortiz<br>Jaeji Jong<br>Office of the U.S. Trustee<br>Southern District of California<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 |
| Gerald H. Davis<br>P.O. Box 2850<br>Palm Springs, CA 92263 | Gary B. Rudolph, Esq.<br>Sparber Rudolph Annen APLC<br>701 B Street, Suite 1000<br>San Diego, CA 92101 |
| Jerry L. Icenhower<br>684 Margarita Avenue<br>Coronado, CA 92118 | Donna L. Icenhower<br>684 Margarita Avenue<br>Coronado, CA 92118 |
| Ronald White<br>762 W. El Segundo Blvd.<br>Gardena, CA 90247 | Stephen B. Morris, Esq.<br>Morris & Associates<br>444 West C Street, Suite 200<br>San Diego, CA 92101 |
| D. Anthony Gaston, Esq.<br>Corporate Center<br>550 West C. Street, Suite 700<br>San Diego, CA 92101 | |

115634/000000/950583.01

Bk. No. 03-11155-LA7
Adv. Proc. No. 06-90369; 04-90392